## FOR THE EASTERN DISTRICT OF KENTUCKY
## LEXINGTON DIVISION

|  |  |
|---|---|
| **In re:** | ) |
|  | ) **Chapter 11** |
| **GenCanna Global USA, Inc., *et al*.,** | ) |
|  | ) **Case No. 20-50133-grs** |
| **Debtors.** | ) |
|  | ) |
|  | ) **Honorable Gregory R. Schaaf** |

---

|  |  |
|---|---|
| **BRAGG FARMS & CO.** | ) |
|  | ) |
| **Plaintiff,** | ) |
|  | ) |
| **v.** | ) |
|  | ) |
| **GENCANNA GLOBAL USA, INC.** | ) |
| **AND MGG INVESTMENT GROUP LP,** | ) **ADVERSARY NO. 20-05020** |
| **AS COLLATERAL AGENT,** | ) |
| **ADMINISTRATIVE, AND DIP AGENT** | ) |
| **Defendants** | ) |
|  | ) |

---

### NOTICE OF DISMISSAL
---

Comes the Plaintiff, Bragg Farms & Co. ("Bragg"), and hereby gives notice of the dismissal of the adversary proceeding without prejudice pursuant to Rule 7041 of the Federal Rules of Bankruptcy Procedure given the Court's ruling in the main case at Doc. No. 827.

Respectfully submitted,

FROST BROWN TODD LLC

 /s/ Tyler Powell
KY Bar No. 90520
250 West Main Street, Suite 2800
Lexington, Kentucky 40507
Tel: (859) 231-0000
Fax: (859) 231-0011
E-mail: tpowell@fbtlaw.com

**ATTORNEYS FOR PLAINTIFF,
BRAGG FARMS & CO.**

## CERTIFICATE OF SERVICE

I hereby certify that on this the 14th day of May, 2020, a true and accurate copy of the foregoing was served via this Court's CM/ECF noticing system upon all parties receiving notice in this case.

/s/ Tyler Powell
Tyler Powell

0144358.0730320   4826-4424-1852v1